COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Edward Valdes v. The State of Texas

Appellate case number:    01-19-00134-CR

Trial court case number:  1541542

Trial court:              177th District Court of Harris County

On June 18, 2019, appellant, Edward Valdes, filed his brief in this appeal. Appellant has filed a motion for leave to file an amended brief along with his amended brief. The motion is **granted**.

The State's motion to seal or strike the appellant's brief, filed on June 18, 2019, is **dismissed as moot**.

It is so ORDERED.

Judge's signature:___/s/ Julie Countiss_____
             ☑ Acting individually    ☐ Acting for the Court

Date: ___July 23, 2019_____